UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM H. PITCHER,  husband, and ROBIN PITCHER, wife and as Guardian Ad Litem for A.P. and E.P., minor children,<br><br>                    Plaintiffs,<br><br>          v.<br><br>WAL-MART STORES INC., a Delaware corporation, and STATE OF WASHINGTON DEPARTMENT OF LABOR AND INDUSTRIES,<br><br>                    Defendant. | NO.  2:13-cv-3023 -SAB<br><br>**ORDER OF DISMISSAL** |

On July 7, 2015, this Court granted parties' Stipulated Motion for Approval of Settlement Claims of Minor Children and Disbursement. ECF No. 31. On August 24, 2014, the parties filed a Notice of Completion of Settlement, ECF No. 32, indicating that all claims in the above-captioned case have been fully and finally concluded.

Accordingly**, IT IS HEREBY ORDERED:**

1. The above-captioned case is **dismissed** with prejudice and without any additional costs to any party.

2. Any pending motions are **dismissed** as moot.

//

//

**ORDER OF DISMISSAL**~ 1

1    **IT IS SO ORDERED.** The District Court Executive is hereby directed to

2    file this Order, provide copies to counsel, and **close** the file.

3        **DATED** this 2nd day of September 2015.

4

5



6

7

8

9                          Stanley A. Bastian

10                      United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER OF DISMISSAL**~ 2